No. 62. MORALES & ALFARO v. FOOTE, DISTRICT JUDGE.—Application for writ of *ceritiorari*. Decided November 10, 1909. Application denied. *Mr. Manuel A. Rivera* for petitioner.

---

No. 203. THE PEOPLE v. NAVARRO.—Appeal from the District Court of San Juan. Decided November 15, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

---

No. 197. THE PEOPLE v. SAN MIGUEL.—Appeal from the District Court of Arecibo. Decided November 19, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

---

No. 211. THE PEOPLE v. BEÓN.—Appeal from the District Court of Mayagüez. Decided November 26, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

---

No. 402. THE AMERICAN RAILROAD CO. OF PORTO RICO v. QUIÑONES.—Appeal from the District Court of Mayagüez. Motion to add to record a certified copy of the judgment roll. Decided December 1, 1909. Motion suspended. *Messrs. Eduardo Acuña and José E. Figueras* for petitioners. *Messrs. F. L. Cornwell and Fernández Vázquez* for respondent.

---

No. 402. THE AMERICAN RAILROAD CO. OF PORTO RICO v. QUIÑONES.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Motion overruled. Decided December 1, 1909. *Messrs F. L. Cornwell and Fernández Vázquez* for petitioner. *Messrs. Eduardo Acuña and José E. Figueras* for respondent.